EDWARD H. KUBO, JR.  # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2004

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00446 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | Count 1: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) |
| STEVEN THOMAS DERAGISCH, ) | Count 2: 18 U.S.C. §§ 924(c)(1)(A)(i) |
| Defendant. ) | Count 3: 18 U.S.C. §§ 922(g)(3) & 924(a)(2) |

### INDICTMENT

#### COUNT 1
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B))

The Grand Jury charges that:

On or about November 4, 2004, in the District of Hawaii, the defendant STEVEN THOMAS DERAGISCH did knowingly and intentionally possess with intent to distribute in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)

## COUNT 2
(18 U.S.C. §§ 924(c)(A)(i))

The Grand Jury further charges that:

On or about November 4, 2004, in the District of Hawaii, the defendant STEVEN THOMAS DERAGISCH did knowingly and intentionally possess a firearm, to wit, a Heckler and Koch model USP 9mm, bearing serial number 24-22677 and loaded with fifteen rounds of ammunition, in furtherance of a drug trafficking crime as charged in Count 1 of this Indictment, which is realleged and incorporated herein by reference.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
(18 U.S.C. §§ 922(g)(3) & 924(a)(2))

The Grand Jury further charges that:

On or about November 4, 2004, in the District of Hawaii, the defendant STEVEN THOMAS DERAGISCH, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting foreign and interstate commerce a firearm and ammunition, to wit, a Heckler and Koch model USP 9mm, bearing serial number 24-22677 and loaded with fifteen rounds of 9mm ammunition, with the firearm having been manufactured in Germany and shipped and transported in foreign commerce into the United States and then in interstate commerce to Hawaii and the 9mm ammunition also having been manufactured outside Hawaii and shipped and transported in interstate commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: Nov. 17, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney


UNITED STATES v. STEVEN THOMAS DERAGISCH
Cr. No.          (Indictment)